IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CECIL GARDNER,

    Petitioner,

v.                                        CASE NO. 4:13cv577-RH/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

_____/

## ORDER DENYING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition for relief under 28 U.S.C. § 2254 is denied with prejudice." The clerk must close the file.

SO ORDERED on July 16, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge